UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-80797-Civ (HURLEY/HOPKINS)

SHERRY BARKOSKIE,

    Plaintiff,

v.

PRESIDION SOLUTIONS, INC.,
PRESIDION SOLUTIONS VII, INC., and
CCI OF WEST BOCA RATON, INC.
d/b/a DENNY'S,

    Defendants.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sherry Barkoskie, and defendants Presidion Solutions, Inc. and Presidion Solutions VII, Inc., hereby stipulate, pursuant to rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal with prejudice of all claims asserted by plaintiff against Presidion Solutions, Inc. and Presidion Solutions VII, Inc. in the above-referenced action.

| | |
|---|---|
| Gregory C. Harrell (Fla. Bar No. 0173975) | Christopher D. Gray (Fla. Bar No. 902004) |
| gharrell@mateerharbert.com | cdg@florinroebig.com |
| Mateer & Harbert, P.A. | Florin, Roebig, P.A. |
| 7 E. Silver Springs Blvd., Suite 500 | 777 Alderman Road |
| Ocala, Florida 34470 | Palm Harbor, Florida 34683 |
| Telephone: (352) 351-8003 | Telephone: (727) 786-5000 |
| Facsimile: (352) 351-9002 | Facsimile: (727) 772-9833 |
| Attorneys for Defendants Presidion Solutions, Inc. and Presidion Solutions VII, Inc. | Attorneys for Plaintiff, Sherry Barkoskie |