UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80797-CIV-HURLEY/HOPKINS

SHERRY BARKOSKIE,

    Plaintiff,

v.

PRESIDION SOLUTIONS, INC., et al.,

    Defendants.

_____/

### ORDER OF CLOSE OUT

**THIS CAUSE** is before the court upon the parties' joint stipulation of dismissal with prejudice [DE # 12] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on April 9, 2008. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITH PREJUDICE.**

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT.**

3. The Clerk of the Court shall enter the case as **CLOSED.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 10 day of April, 2008.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*