UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80797-CIV-HURLEY/HOPKINS

SHERRY BARKOSKIE,

     Plaintiff,

v.

PRESIDION SOLUTIONS, INC., et al.,

     Defendants.

                                      /

### ORDER VACATING DISMISSAL ORDER AND REOPENING CASE

**THIS CAUSE** comes before the court *sua sponte*. On April 9, 2008, plaintiff filed a stipulation of dismissal with prejudice of plaintiff's claims against Presidion Solutions, Inc. and Presidion Solutions VII, Inc. [DE # 12]. Although the Presidion defendants are only two of the four defendants in the case, the court misapprehended the stipulation as a dismissal of plaintiff's claims against all defendants, and entered an order [DE # 13] accordingly. The error having been brought to the court's attention, the court will vacate its earlier order, direct the Clerk to reopen the case, and dismiss only plaintiff's claims against the Presidion defendants.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1.    The court's April 10, 2008 order of close out [DE # 13] is **VACATED**. The Clerk of the Court is directed to **REOPEN** the case.

2.    Plaintiff's claims against defendants Presidion Solutions, Inc. and Presidion Solutions VII, Inc. are **DISMISSED WITH PREJUDICE**.

Order Vacating Dismissal Order and Reopening Case
Barkoskie v. Presidion Solutions, Inc. et al.
Case No. 07-80797-CIV-HURLEY/HOPKINS

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ⟨2⟩ day of May,

2008.

Daniel T. K. Hurley
United States District Judge

*Copies furnished to counsel of record*

2